Approved: _____
Jerry J. Fang
Assistant United States Attorney

Before:    THE HONORABLE ROBERT W. LEHRBURGER
United States Magistrate Judge
Southern District of New York

**23 MAG 5416**

---

UNITED STATES OF AMERICA

v.

MICHAEL EDWARDS, and
CARLOS MERCADO,

Defendants.

---

**COMPLAINT**

Violations of 18 U.S.C. §§ 111, 371, 1704, 1708, and 2.

COUNTY OF OFFENSE:
NEW YORK

**DOC #**

SOUTHERN DISTRICT OF NEW YORK, ss.:

LEIGH MESSETT, being duly sworn, deposes and says that she is a Postal Inspector with the United States Postal Inspection Service ("USPIS"), and charges as follows:

**COUNT ONE**
**(Conspiracy to Commit Theft of a Postal Key, Theft of Mail, and Receipt of Stolen Mail)**

1.    In or about July 2023, in the Southern District of New York and elsewhere, MICHAEL EDWARDS and CARLOS MERCADO, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit offenses against the United States, to wit, theft of a postal key, in violation of Title 18, United States Code, Section 1704, and theft and receipt of stolen mail matter, in violation of Title 18, United States Code, Section 1708.

2.    It was a part and object of the conspiracy that MICHAEL EDWARDS and CARLOS MERCADO, the defendants, and others known and unknown, knowingly stole, purloined, embezzled, and obtained by false pretense a key suited to a lock adopted by the Post Office Department and the Postal Service and in use on the mails and bags thereof, and a key to a lock box, lock drawer, and other authorized receptacle for the deposit and delivery of mail matter, and knowingly and unlawfully made, forged, and counterfeited such a key, and possessed such mail lock and key with the intent unlawfully and improperly to use, sell, and otherwise dispose of the same, and to cause the same to be unlawfully and improperly used, sold, and otherwise disposed of, in violation of Title 18, United States Code, Section 1704.

3.    It was further a part and an object of the conspiracy that MICHAEL EDWARDS and CARLOS MERCADO, the defendants, and others known and unknown, knowingly stole, took, and abstracted, and by fraud and deception obtained, and attempted so to obtain, from and

out of mail, post offices, and stations thereof, letter boxes, mail receptacles, and mail routes and other authorized depositories for mail matter, and from letters and mail carriers, letters, postal cards, packages, bags, and mail, and abstracted and removed from such letters, packages, bags, and mail, articles and things contained therein, and secreted, embezzled, and destroyed such letters, postal cards, packages, bags, and mail, and articles and things contained therein, and stole, took, and abstracted, and by fraud and deception obtained letters, postal cards, packages, bags, and mail, and articles and things contained therein which had been left for collection upon and adjacent to collection boxes and other authorized depositories of mail matter, and bought, received, and concealed, and unlawfully had in their possession, letters, postal cards, packages, bags, and mail, and articles and things contained therein, which had been so stolen, taken, embezzled, and abstracted, knowing the same to have been stolen, taken, embezzled, and abstracted, in violation of Title 18, United States Code, Section 1708.

## Overt Acts

4.      In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.  On or about July 10, 2023, MICHAEL EDWARDS and CARLOS MERCADO, the defendants, approached a United States Postal Service ("USPS") mailbox located in the vicinity of Lexington Avenue and East 74th Street in New York, New York (the "Collection Box"), with intent to steal mail.

b.  On or about July 10, 2023, MERCADO drove a vehicle in which EDWARDS was a passenger, and the vehicle contained stolen mail.

c.  On or about July 10, 2023, EDWARDS and MERCADO possessed a stolen mailbox key.

(Title 18, United States Code, Section 371.)

## COUNT TWO
### (Theft of a Postal Key)

5.      On or about July 10, 2023, in the Southern District of New York and elsewhere, MICHAEL EDWARDS and CARLOS MERCADO, the defendants, knowingly stole, purloined, embezzled, and obtained by false pretense a key suited to a lock adopted by the Post Office Department and the Postal Service and in use on the mails and bags thereof, and a key to a lock box, lock drawer, and other authorized receptacle for the deposit and delivery of mail matter, and knowingly and unlawfully made, forged, and counterfeited such a key, and possessed such mail lock and key with the intent unlawfully and improperly to use, sell, and otherwise dispose of the same, and to cause the same to be unlawfully and improperly used, sold, and otherwise disposed of, to wit, EDWARDS and MERCADO possessed and used a mailbox key belonging to the United States Postal Service to steal mail from a locked mailbox in New York, New York.

2

(Title 18, United States Code, Sections 1704 and 2.)

## COUNT THREE
### (Theft and Receipt of Stolen Mail)

6.      On or about July 10, 2023, in the Southern District of New York and elsewhere, MICHAEL EDWARDS and CARLOS MERCADO, the defendants, knowingly stole, took, and abstracted, and by fraud and deception obtained, and attempted so to obtain, from and out of the mail, a post office, and a station thereof, a letter box, a mail receptacle, and a mail route and other authorized depository for mail matter, and from a letter and mail carrier, a letter, postal card, package, bag, and mail, and abstracted and removed from such letter, package, bag, and mail, an article and thing contained therein, and secreted, embezzled, and destroyed such letter, postal card, package, bag, and mail, and an article and thing contained therein, and stole, took, and abstracted, and by fraud and deception obtained a letter, postal card, package, bag, and mail, and an article and thing contained therein which had been left for collection upon and adjacent to a collection box and other authorized depository of mail matter, and bought, received, and concealed, and unlawfully had in their possession, a letter, postal card, package, bag, and mail, and an article and thing contained therein, which had been so stolen, taken, embezzled, and abstracted, knowing the same to have been stolen, taken, embezzled, and abstracted, to wit, EDWARDS and MERCADO stole mail from a mailbox in New York, New York, and possessed mail that was stolen from the United States postal mail.

(Title 18, United States Code, Sections 1708 and 2.)

## COUNT FOUR
### (Attempted Assault of an Officer Engaged in Official Duties)

7.      On or about July 10, 2023, in the Southern District of New York and elsewhere, CARLOS MERCADO, the defendant, knowingly did and attempted to forcibly assault, resist, oppose, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and in the commission of such act used a deadly and dangerous weapon, to wit, MERCADO attempted to forcibly assault a police officer with the New York City Police Department ("Officer-4") who was assisting and acting in cooperation with federal law enforcement officers, in effecting an arrest for violation of the federal crimes charged in Counts One, Two, and Three of this Complaint.

(Title 18, United States Code, Sections 111(a)(1) and (b), and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

8.      I am a United States Postal Inspector, and I have been personally involved in the investigation of this matter. My duties and responsibilities include the investigation of mail theft, robbery, bank and wire fraud, and related crimes. I base this affidavit on that experience and training, on my conversations with other law enforcement officials, and on my examination of various reports, and records. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts I have learned during the course of

3

my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

9.     Based on my training and experience with the USPIS, I have learned the following:

a.   A "collection box" is a blue lockable receptacle in which individuals may deposit mail to be sent via the USPS and from which USPS carriers pick up such mail using an arrow key, described below.

b.   An "arrow lock key" or an "arrow key" is a distinctively shaped USPS key used by mail carriers to open mail-receiving receptacles such as a collection box. Only certain persons are authorized to possess USPS arrow keys.

10.    Based on my participation in this investigation and my conversations with other law enforcement officers, I have learned, among other things, the following:

a.   On or about July 10, 2023, at approximately 2:25 a.m., two officers of the New York City Police Department ("NYPD") ("Officer-1" and "Officer-2") observed two individuals, subsequently identified as MICHAEL EDWARDS and CARLOS MERCADO, the defendants, engaged in movements near collection boxes that were consistent with mail theft in the vicinity of Lexington Avenue and East 74th Street. Shortly thereafter, Officer-1 and Officer-2 observed EDWARDS and MERCADO driving in a silver Hyundai Sonata ("Vehicle-1") toward Lexington Avenue and East 74th Street. Officer-1 and Officer-2 relayed what they observed to three other NYPD officers ("Officer-3," "Officer-4," and "Officer-5") who were parked on Lexington Avenue and East 75th Street facing southbound.

b.   Officer-3, Officer-4, and Officer-5 observed Vehicle-1 stop at a collection box on Lexington Avenue and East 74th Street, a block in front of them. As Vehicle-1 idled, Officer-3, Officer-4, and Officer-5 saw EDWARDS exit Vehicle-1 and begin stealing mail from the collection box. At that point, Officer-3, Officer-4, and Officer-5 sped toward Vehicle-1 and parked their unmarked police car with emergency lights activated at a 45-degree angle in front of Vehicle-1 to box in Vehicle-1 and apprehend EDWARDS and MERCADO.

c.   Upon seeing the officers, EDWARDS jumped back in Vehicle-1. Officer-3, Officer-4, and Officer-5 exited their vehicle, identified themselves as police, drew their weapons, and ordered the occupants of Vehicle-1 to stop, exit the vehicle, and show their hands.

d.   EDWARDS and MERCADO did not obey the officers' commands. Instead, Vehicle-1 reversed a short distance before MERCADO put the vehicle back into drive and drove straight at Officer-4. As Vehicle-1 barreled toward Officer-4, Officer-4 barely managed to get out of the way of the vehicle and avoided sustaining injuries. Below are still images from Officer-4's bodycam, showing MERCADO attempting to run him over.

4







e.  Vehicle-1 then continued south on Lexington Avenue toward East 73rd Street, turning the wrong way onto the street and crashing head-on into a black livery vehicle.[1]  Below are photographs taken by law enforcement of the head-on collision between Vehicle-1 and the livery vehicle.

---

[1]    The driver of the livery vehicle was taken to the hospital by ambulance.





  f. EDWARDS and MERCADO then exited Vehicle-1 and attempted to flee from law enforcement.  As NYPD officers converged on the scene, a bystander who witnessed the crash informed officers that EDWARDS and MERCADO were running eastbound toward Third Avenue.  Following a chase, an NYPD sergeant and another NYPD police officer ("Sergeant-1" and "Officer-6") arrested EDWARDS on East 74th Street between Third Avenue and Second

Avenue. Officer-3 and Officer-4 arrested MERCADO nearby, also on East 74th Street between Third Avenue and Second Avenue.

g. Vehicle-1 was towed back to the NYPD's 19th Precinct. Following an inventory search, NYPD officers recovered approximately 350 pieces of unprocessed mail in a bag, among other items. Below is a photograph taken by law enforcement of the unprocessed mail in the bag.



h. Subsequently, Sergeant-1, Officer-6, and another NYPD police officer ("Officer-7") went back to the corner of East 74th Street and Lexington Avenue and recovered a USPS arrow key that was left in the collection box when EDWARDS and MERCADO fled.

11. After the arrest of MICHAEL EDWARDS and CARLOS MERCADO, the defendants, I participated in a custodial interview of EDWARDS on July 10, 2023. Based on my participation in that interview, I know the following:

a. EDWARDS was advised of his *Miranda* rights and agreed to speak with me and other law enforcement officers.

b. EDWARDS admitted, in substance and in part, that he was stealing mail using an unlawfully obtained arrow key, and that he paid MERCADO to drive him.[2]

12. I know from my training and experience that certain of the pieces of mail that were recovered from Vehicle-1 were unprocessed outgoing pieces of mail because those pieces of mail

---

[2] EDWARDS also claimed to law enforcement that he did not believe MERCADO was intentionally trying to hit Officer-4.

lacked certain markings, including cancellation or processing markings and USPS bar codes, typically applied to outgoing mail received by USPS for distribution, as part of USPS's distribution process. I therefore believe that the pieces of mail that were recovered from Vehicle-1 were stolen.

WHEREFORE, I respectfully request that MICHAEL EDWARDS and CARLOS MERCADO, the defendants, be imprisoned or bailed, as the case may be.

LEIGH MESSETT
Postal Inspector
United States Postal Inspection Service

Sworn to before me on this 10th day of July, 2023.

THE HONORABLE ROBERT W. LEHRBURGER
United States Magistrate Judge
Southern District of New York

8